IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : CIVIL ACTION |
| Plaintiff, | : NO. 08-mc-00145 |
| v. | : |
| SUNOCO, INC. (R&M) | : |
| Respondent. | : |

**STIPULATION TO EXTEND TIME TO RESPOND TO THE APPLICATION FOR AN ORDER TO SHOW CAUSE WHY AN ADMINISTRATIVE SUBPOENA SHOULD NOT BE ENFORCED**

It is hereby **STIPULATED** and **AGREED**, by and between the undersigned counsel for Plaintiff Equal Employment Opportunity Commission and Respondent Sunoco, Inc. (R&M), pending approval of the Court, that the time for Respondent to respond to Plaintiff's Application for an Order to Show Cause Why an Administrative Subpoena Should Not be Enforced in the above-captioned matter shall be extended through September 16, 2008. Respondent has not previously requested an extension, and no prior extension has been granted in this matter.

| | |
|---|---|
| /s/ Dawn Edge | /s/ Daniel V. Johns |
| Dawn M. Edge | Daniel V. Johns |
| Trial Attorney, U.S. EEOC | Aisha M. Barbour |
| Equal Employment Opportunity Commission | Ballard Spahr Andrews & Ingersoll, LLP |
| Philadelphia District Office | 1735 Market Street, 51st Floor |
| 801 Market Street | Philadelphia, PA 19103 |
| Penthouse, Suite 1300 | |
| Philadelphia, PA 19107 | |
| | |
| Dated: August 26, 2008 | Dated: August 26, 2008 |

## ORDER

The foregoing stipulation is hereby APPROVED as an Order of the Court.

BY THE COURT

Dated: _____          _____
                                                                                         J.

DATED: August _____, 2008

## CERTIFICATE OF SERVICE

I, Aisha M. Barbour, hereby certify that on this date I caused a true and correct copy of the foregoing Stipulation To Extend Time to Respond to the Application for an Order to Show Cause Why An Administrative Subpoena Should Not Be Enforced to be filed with the Court via electronic filing and served via the same method upon the following:

>Dawn M. Edge
>Trial Attorney, U.S. EEOC
>Equal Employment Opportunity Commission
>Philadelphia District Office
>801 Market Street
>Penthouse, Suite 1300
>Philadelphia, PA  19107

Dated: August 26, 2008                               /s/ Aisha M. Barbour
                                                    Aisha M. Barbour